No. 97–283.  STEVENS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–284.  LARSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–290.  ASTON v. MISSOURI ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 97–292.  SAMPSON v. BEDOYA, JUDGE, CIRCUIT COURT OF COOK COUNTY, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 97–297.  WOJCIK v. UNIVERSITY OF TEXAS AT SAN ANTONIO.  C. A. 5th Cir.  Certiorari denied.

No. 97–304.  NORRIS v. DEPARTMENT OF DEFENSE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 97–316.  HALL v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 97–325.  CHILDS v. PAINEWEBBER INC.  C. A. 9th Cir.  Certiorari denied.

No. 97–351.  POTTS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–363.  FORD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–5001.  COVINGTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–5002.  COLLINS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–5003.  SMITH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–5004.  QUEVADO v. BALDOR ET AL.  Sup. Ct. Vt.  Certiorari denied.

No. 97–5006.  PILCO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.